IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE DENISE ALESSANDRINI,<br>Plaintiff,<br><br>v.<br><br>GWYNEDD CLUB CONDOMINIUM ASSOCIATION; MID-ATLANTIC MANAGEMENT CORPORATION; CAROL PAOTE, President of Gwynedd Club Condominium Association Executive Board; and JOHN BITTNER, Secretary of Gwynedd Club Condominium Association Executive Board,<br>Defendants. | CIVIL ACTION<br>NO. 16-0968 |

**ORDER**

**AND NOW**, this 19th day of December, 2016, upon consideration of Plaintiff's Motion to Refer this Case to Bankruptcy Court (Doc. #8), Defendants' Motion for Judgment on the Pleadings (Doc. #12), Plaintiff's Request for Rule 16 Conference, and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Defendants Motion for Judgment on the Pleadings (Doc. #12), seeking dismissal of Counts II and III, is **GRANTED**, and Counts II and III are **DISMISSED WITH PREJUDICE**.

2. Plaintiff's Motion to Refer this Case to Bankruptcy Court (Doc. #8), is **GRANTED**, and the remainder of the case (Count I) is referred to the bankruptcy court to be consolidated with other proceedings under Plaintiff's/Debtor's bankruptcy case number 15-13658.

3. Plaintiff's Request for a Rule 16 Conference is **DENIED AS MOOT**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.